UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Ling-Hing Jou,

      Plaintiff(s),　　　　　　　　　　CASE NO. 07-11529

v.　　　　　　　　　　　　　　　　　　JUDGE George Caram Steeh

AU Optronics Corp, et al.,

      Defendant(s).

_____

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:  U.S. District Court
       Northern District of California
       450 Golden Gate Ave, P. O. Box 36060
       San Francisco, CA 94102

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL TRANSFER ORDER . A certified copy of the docket and the transfer order are enclosed for consolidation with your Multi District Litigation 1827. The remainder of the docket entries are available using Pacer.

Please acknowledge receipt of these documents by returning a time-stamped copy of this notice.

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for inclusion in MULTI DISTRICT LITIGATION 1827. Please file all future documents with the court listed above.

                         DAVID J. WEAVER, CLERK OF COURT

Date: June 5, 2007　　　　　　　By     s/Sarah Schoenherr
                                         Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.
                         DAVID J. WEAVER, CLERK OF COURT
Date: June 5, 2007　　　　　　　By     s/Sarah Schoenherr
                                         Deputy Clerk