CLOSED, reassigned

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:07-cv-11529-GCS-VMM
## Internal Use Only

| | |
|---|---|
| Jou v. AU Optronics Corporation et al | Date Filed: 04/04/2007 |
| Assigned to: Honorable George Caram Steeh | Date Terminated: 06/04/2007 |
| Referred to: Honorable Virginia M Morgan | Jury Demand: Plaintiff |
| Cause: No cause code entered | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Ling-Hung Jou**
*on behalf of herself and all others similarly situated in the State of Michigan*

represented by **S. Thomas Wienner**
Weinner, Gould,
950 W. University Drive
Suite 350
Rochester, MI 48307
248-841-9400
Email: twienner@wiennergould.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corporation**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**CHI MEI Optoelectronics Company, Limited**

**Defendant**

**Chi Mei Optoelectronics USA, Incorporated**

**Defendant**

**Chunghwa Picture Tubes, Limited**

**Defendant**

**Fujitsu Limited, Incorporated**

**Defendant**

Fujitsu America, Incorporated

**Defendant**

Hannstar Display Corporation

**Defendant**

Hitachi, Limited

**Defendant**

Hitachi Displays, Limited

**Defendant**

Hitachi America, Limited

**Defendant**

International Display Technology Company, Limited

**Defendant**

International Display Technology USA, Incorporated

**Defendant**

IPSA Alpha Technology, Limited

**Defendant**

LG Philips LCD Company, Limited

**Defendant**

LG Philips LCD America, Incorporated

**Defendant**

Matsushita Electric Industrial Company, Limited
*Doing business as*
Panasonic

**Defendant**

Panasonic Corporation of North America

**Defendant**

Mitsubishi Electric Corporation

**Defendant**

Mitsubishi Electric and Electronics USA, Incorporated

**Defendant**

NEC Electronics Corporation

**Defendant**

NEC Electronics America, Incorporated

**Defendant**

NEC LCD Technologies, Limited

**Defendant**

Samsung Electronics Company, Limited

**Defendant**

Samsung Electronics America

**Defendant**

Sanyo Electric Company, Limited

**Defendant**

Sanyo North America Corporation

**Defendant**

Epson Imaging Devices Corporation

**Defendant**

Seiko Epson Corporation

**Defendant**

Epson America, Incorporated

**Defendant**

Epson Electronics America, Incorporated

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

Syntax-Brillian Corporation

**Defendant**

S-LCD Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Toshiba America, Incorporated

**Defendant**

Toshiba Matsushita Display
Technology Company, Limited

**Defendant**

John Doe
*1-100*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2007 | 1 | COMPLAINT filed by Ling-Hung Jou against all defendants, Receipt No: 39113 - Fee: $ 350. (DWor) (Entered: 04/05/2007) |
| 04/09/2007 | 2 | ORDER of DISQUALIFICATION and REASSIGNING CASE from Judge Nancy G Edmunds to Judge George Caram Steeh. Signed by Honorable Nancy G Edmunds. (SSch) (Entered: 04/09/2007) |
| 05/04/2007 | 3 | INFORMATIONAL COPY of MDL Non-Certified Transfer Order To Northern District of California - MDL # 1827. (SSch) (Entered: 05/07/2007) |
| 05/16/2007 | 4 | INFORMATIONAL COPY of MDL Non-Certified Conditional Transfer Order (CTO-1) To Northern District of California - MDL # 1827. (SSch) (Entered: 05/17/2007) |
| 06/04/2007 | 5 | MDL Certified Conditional Transfer Order (CTO-1) To Northern District of California - MDL # 1827. (SSch) (Entered: 06/05/2007) |
| 06/05/2007 | 6 | NOTICE transferring case to *NORTHERN DISTRICT OF CALIFORNIA*. (SSch) (Entered: 06/05/2007) |